# In the United States Court of Federal Claims

No. 98-154C
(Filed March 3, 2004)

*************************************

| | |
|---|---|
| CONNECTICUT YANKEE ATOMIC | * |
| POWER COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

*************************************

**ORDER**

On March 2, 2004, Connecticut Unopposed Motion For An Enlargement Of Time To Oppose Government's Pre-Trial Motions was filed. Plaintiff requests an enlargement time to and including April 16, 2004, to oppose Defendant's Motion *in Limine* Regarding Takings Damages; and Defendant's Motion *in Limine* to Exclude Testimony and Evidence Regarding Plaintiff's Request for Pre-Breach Damages and Alternative Restitution Claim and Defendant's Motion to Strike.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed March 2, 2004, is **GRANTED**

/s James F. Merow
James F. Merow
Senior Judge