DOE/RW-0508

# Viability Assessment of a Repository at Yucca Mountain

## Overview

**December 1998**



U.S. Department of Energy
Office of Civilian Radioactive Waste Management
Yucca Mountain Site Characterization Office



DA 1060[illegible]

This publication was produced by the U.S. Department of Energy
Office of Civilian Radioactive Waste Management.

For further information contact:
U.S. Department of Energy
Yucca Mountain Site Characterization Office
P.O. Box 30307
North Las Vegas, Nevada 89036-0307

or call:
Yucca Mountain Information Center
1-800-225-6972

or visit:
Yucca Mountain Site Characterization Project website
http://www.ymp.gov

Printed with soy ink on recycled paper.

# Contents

**Introduction**
The Viability Assessment ........ 1
Results in brief ........ 2

**Background**
The nuclear waste problem ........ 4
Geologic disposal ........ 6
The law and the regulations ........ 8
How geologic disposal would work ........ 9
Why Yucca Mountain? ........ 10

**Reference design**
The design process ........ 12
The reference design ........ 13

**Performance assessment**
Performance assessment models ........ 18
The attributes of safe disposal ........ 19
Possible dose ........ 24
Other safety issues ........ 25
What we are learning ........ 26

**License application**
Plan to complete a license application ........ 27
Operational safety ........ 28
Long-term safety ........ 29

**Estimated cost**
Cost of licensing, building, operating, monitoring, and closing a repository ........ 32
Repository costs ........ 33
Total system life cycle costs ........ 34
Who pays? ........ 35

**Conclusion**
Concluding observations ........ 36

**Back matter**
Endnotes ........ 38
Glossary ........ 40
Acronyms ........ 42

iv

# The Viability Assessment

The U.S. Department of Energy (DOE) has been studying a site at Yucca Mountain, Nevada, for more than 15 years to determine whether it is a suitable place to build a geologic repository for the nation's commercial and defense spent nuclear fuel and high-level radioactive waste. This overview presents the results of DOE's study to date.

In 1996, DOE announced that it would complete in 1998 a viability assessment of the Yucca Mountain site that would describe the following:

- The preliminary design concept for the critical elements of a repository and waste package
- A total system performance assessment, based on the design concept and the scientific data and analyses available by 1998, that describes the probable behavior of a repository in the Yucca Mountain geologic setting
- A plan and cost estimate for the remaining work required to complete and submit a license application to the Nuclear Regulatory Commission
- An estimate of the costs to construct and operate a repository in accordance with the design concept

In the 1997 Appropriations Act,[1] Congress required DOE to prepare the viability assessment.

The purpose of the viability assessment is to provide Congress, the President, and the public with information on the progress of the Yucca Mountain Site Characterization Project. The assessment also identifies the critical issues that need to be addressed before a decision can be made by the Secretary of Energy on whether to recommend the Yucca Mountain site for a repository.

This overview of the *Viability Assessment of a Repository at Yucca Mountain* describes the nuclear waste problem and explains why the United States and other nations are considering deep geologic disposal as the solution. The overview describes why the United States is considering Yucca Mountain and how a monitored geologic repository would work in the mountain. It presents a repository design, an assessment of its expected performance, and an evaluation of the possible effects on people living near Yucca Mountain. Also presented is the work remaining to be completed prior to a license application, along with the estimated cost of building and operating a geologic repository at Yucca Mountain. Finally, based on the information in the viability assessment, the overview concludes with DOE's assessment of whether work at Yucca Mountain should proceed.

## Results in brief

Based on the viability assessment, DOE believes that Yucca Mountain remains a promising site for a geologic repository and that work should proceed to support a decision in 2001 on whether to recommend the site to the President for development as a repository. For the site to be recommended, DOE needs to demonstrate that a repository can be designed and built at Yucca Mountain that would protect public health and safety and the environment for thousands of years. Uncertainties remain about key natural processes, the preliminary design, and how the site and design would interact. To address these uncertainties, DOE plans to advance the design, complete critical tests and analyses, and prepare draft and final environmental impact statements. When this work is completed in 2001, a decision will be made by the Secretary of Energy on whether to recommend the site to the President.



The advantages of Yucca Mountain as a potential repository site include its location, semiarid climate, and deep groundwater table.

- Yucca Mountain is about 100 miles northwest of Las Vegas, Nevada, on unpopulated land owned by the Federal Government and adjacent to the Nevada Test Site. More than 900 nuclear weapons tests have been conducted at the Nevada Test Site.

- Water is the primary means by which radioactive elements (radionuclides) could be transported from a repository. Yucca Mountain is located in a desert environment, with an average rainfall of about 7 inches per year.

- The nearest groundwater, which is about 1,000 feet below the planned location of the repository, is isolated in a closed regional basin and does not flow into any rivers that reach the ocean. This closed basin feature is unique to the western region of the country.




The preliminary repository design includes a long-lived waste package and takes advantage of the desert environment and geologic features of Yucca Mountain. Together, the natural and engineered barriers can keep water away from the waste for thousands of years. Analyses of the preliminary design using mathematical models, though subject to uncertainties, indicate that public health and the environment can be protected.

- For 10,000 years after the repository is closed, people living near Yucca Mountain are expected to receive little or no increase in radiation exposure.

- The maximum radiation exposure from the repository is expected to occur after

about 300,000 years. People living approximately 20 kilometers (12 miles) from Yucca Mountain at that time might receive additional radiation exposures equivalent to present-day background radiation.

Although current assessments of repository performance are encouraging, more work is needed before the site can be recommended and a license application for construction of a repository can be submitted to the Nuclear Regulatory Commission (NRC).

Current schedules anticipate that the Secretary of Energy will decide whether to recommend the site to the President in 2001, after considering the views of States, affected Indian tribes, and NRC, as required by the Nuclear Waste Policy Act. In turn, the President will decide whether to recommend the site to Congress. If Congress agrees with the President's recommendation and the site is designated, DOE would submit to NRC in 2002 a license application for construction authorization. To support these plans, DOE will:

- Obtain more information on key natural processes, including how radionuclides could be transported by groundwater beneath the repository
- Test the performance of candidate waste package materials and evaluate alternative repository designs
- Continue analyzing the interaction between the repository and the natural processes
- Prepare an environmental impact statement, publish it for public comment in 1999, and finalize it in 2000

These tasks will cost approximately $1.1 billion to complete. If the site is suitable and DOE submits a license application in 2002, the estimated cost to successfully complete the licensing process, build a licensed repository, emplace the waste, and monitor and close the repository is approximately $18.7 billion, in constant 1998 dollars. Given adequate funding and successful completion of the licensing process, the first waste could be emplaced in a repository in 2010, and the last waste, in 2033. With NRC approval, a repository could be closed and sealed as early as 10 years after the last waste is emplaced; or it could be kept open and actively monitored for hundreds of years, if it appears desirable to do so. The $18.7 billion cost estimate assumes a monitoring period of 100 years, beginning with initial waste emplacement. The repository is being designed to allow future generations to decide how long the repository should be monitored, and whether and when to close and seal it.

A monitored geologic repository is one component of a total waste management system. The total estimated future cost to complete the program, including transportation of waste and storage at the repository, is $36.6 billion, in constant 1998 dollars. This includes costs from 1999 through closure and decommissioning, assumed to begin in 2110 and to be completed in 2116. It does not include $5.9 billion that has been spent on the program through fiscal year 1998.




Schedule for major repository milestones

## The nuclear waste problem

Countries worldwide have accumulated high-level radioactive waste by using nuclear materials to produce electricity, to power naval vessels, and to make nuclear weapons. Some elements of this waste are hazardous for a few years to several hundred years; some elements are hazardous for many thousands of years. This waste must be safely contained until it no longer poses a significant risk to human health and the environment.[2]



Storage pool for commercial spent nuclear fuel

### *Commercial spent nuclear fuel*

As of December 1998, the United States had accumulated 38,500 metric tons of used or "spent" nuclear fuel from commercial nuclear power plants; this amount could more than double by the year 2035 if all currently operating plants complete their initial 40-year license period. The spent fuel is now stored in 33 states at 72 power plant sites and one commercial storage site and is likely to remain where it is until a disposal or central storage facility is constructed. When a power plant ceases operations, the spent nuclear fuel and other radioactive materials must be removed before the plant can be fully decommissioned and the site used for other purposes.



Indian Point Nuclear Power Plant, Buchanan, NY

### *DOE spent nuclear fuel*

By 2035, the United States will have accumulated approximately 2,500 metric tons of spent nuclear fuel from reactors that produce materials for nuclear weapons, from research reactors, and from reactors on the Navy's nuclear-powered ships and submarines. The majority of DOE spent nuclear fuel is currently stored at three major sites in Idaho, South Carolina, and Washington. Under a negotiated settlement agreement between the State of Idaho, the Navy, and DOE, all spent fuel must be removed from Idaho by the year 2035.[3]



F Area Tank Farm at Savannah River Site, near Aiken, SC

### *High-level radioactive waste*

The production of nuclear weapons has left a legacy of high-level radioactive waste that was created when spent nuclear fuel was treated chemically to separate uranium and plutonium. The remaining high-level waste is in liquid and solid forms; 100 million gallons are stored in underground tanks in Washington, South Carolina, Idaho, and New York.[4] Under agreements between DOE and the states where the waste is stored, this high-level waste will continue to be solidified and placed in about 20,000 canisters for future disposal in a permanent geologic repository.

### *Surplus plutonium and other nuclear weapons materials*

The end of the Cold War has brought the problem of cleaning up and closing weapons plants that are no longer needed and disposing of surplus plutonium and other nuclear materials associated with weapons production. These radioactive materials must be disposed of in a secure facility that will not only keep the waste away from people but will also keep people away from the weapons-usable material for thousands of years. Ensuring national security and preventing the proliferation of nuclear weapons depends on developing a permanent, safe, and secure disposal facility for surplus plutonium and other weapons materials.

### *Total inventory*

At present, spent nuclear fuel and high-level radioactive waste are temporarily stored at 78 locations in 35 states, as shown below. Some of these storage sites are close to population centers and are located near rivers, lakes, and seacoasts. The stored materials, if left where they are indefinitely, could become a hazard to nearby populations and the environment. These nuclear materials require safe and permanent disposal.






Locations of spent nuclear fuel and high-level radioactive waste destined for geologic disposal As of October 30, 1998

## Geologic disposal

Geologic disposal of radioactive waste has been the focus of scientific research for more than 40 years. As early as 1957, a National Academy of Sciences' report to the Atomic Energy Commission recommended burying radioactive waste in geologic formations.[5] In 1962, the Atomic Energy Commission began investigating salt formations, including bedded salt and salt domes, as potential host rock for repositories. In 1975, the Energy Research and Development Administration, predecessor to DOE, selected a site near Carlsbad, New Mexico, for the Waste Isolation Pilot Project, which is to dispose of transuranic waste. In 1976, the Energy Research and Development Administration also began to investigate other geologic formations and to consider different disposal concepts, including deep-seabed disposal, disposal in the polar ice sheets, and rocketing waste into the sun. After extensive evaluation of the options, DOE concluded in 1981 that disposal in an underground mined geologic repository remained the preferred option.[6]

Unlike the hazards of toxic materials such as lead, mercury, and arsenic, which do not break down, the hazard of radioactive materials declines over time. Early efforts to study disposal options, therefore, sought to find the most effective ways for available technology to isolate waste long enough for the hazard to decline to low levels. That search led to geologic environments that have remained stable for millions of years and are likely to remain so. Scientists widely agreed that waste packaged in robust, long-lived waste packages and placed deep in such stable geologic environments could be isolated from the biosphere for the long time periods necessary.

Since the first scientific study in 1957, virtually every expert group that has looked at the nuclear waste problem has agreed that a geologic repository is the best approach for nuclear waste disposal. A panel of the National Academy of Sciences noted in 1990 that there is "a worldwide scientific consensus that deep geological disposal, the approach being followed by the United States, is the best option for disposing of high-level radioactive waste."[7]



Dry cask storage of commercial spent nuclear fuel

However, there are differing views on how rapidly waste should be disposed of and whether it should be disposed of irreversibly. Some argue that waste should be stored for several generations to allow scientists to learn more about geologic disposal and to take advantage of new and better technologies that may come along. That would keep all options open for future generations. But it would also require them to bear all the costs of exercising those options.

One way to preserve these options and still provide a permanent solution is to dispose of waste in a manner that permits, but does not require, the retrieval of waste; the waste would be disposed of, but not irreversibly. The Nuclear Waste Policy Act of 1982 [8] requires that spent nuclear fuel emplaced in a repository be retrievable for any reason pertaining to public health and the environment, or to permit recovery of the potentially valuable contents of the spent fuel prior to permanent closure of a repository.

Nuclear Regulatory Commission (NRC) regulations require that a geologic repository be designed for waste retrieval at any time up to 50 years after waste emplacement begins.[9]

The DOE is designing a monitored geologic repository at Yucca Mountain that could give future generations the choice of closing and sealing the repository as early as allowable under NRC regulations, or of keeping it open and monitoring it for hundreds of years.

A geologic repository will not require perpetual human care and will not rely on the stability of society for thousands of years into the future. It will rely instead on geologic formations that have remained relatively stable for millions of years and on long-lived engineered barriers.




Worldwide status of nuclear power reactors. In the United States, 104 operating reactors produce 20 percent of the nation's electricity. Worldwide data is from the files of the Australian Nuclear Science and Technology Organisation, based on information as of June 5, 1998.

## The law and the regulations

The Nuclear Waste Policy Act of 1982 (NWPA) directed DOE to develop a system for the safe and final disposal of spent nuclear fuel and high-level radioactive waste.

The NWPA set an ambitious schedule for DOE to site two geologic repositories and required DOE to contract with utilities to begin disposal in the first one by January 31, 1998. The DOE formally identified nine potentially acceptable sites across the nation and later narrowed the list to three sites: Deaf Smith County, Texas; Hanford, Washington; and Yucca Mountain, Nevada. In 1987, Congress directed DOE to study only one of the sites—the one at Yucca Mountain—to decide whether it is suitable for a repository. This legislation, known as the Nuclear Waste Policy Amendments Act of 1987,[10] also established the Nuclear Waste Technical Review Board, composed of experts appointed by the President to review the DOE program.

The NWPA reaffirms the Federal Government's responsibility for developing repositories for the permanent disposal of spent nuclear fuel and high-level radioactive waste. It also affirms the responsibility of the generators of the waste—the nuclear utilities and the federal defense nuclear program—to pay for that effort. The NWPA requires utilities with nuclear power plants to pay a fee to fund the disposal program. The Federal Government bears the costs of disposing of defense waste.

The NWPA also assigns distinct roles to the Environmental Protection Agency (EPA) and the Nuclear Regulatory Commission (NRC). The EPA is required to establish standards for protection of the general environment from releases of radioactive material from a repository. The NRC is responsible for establishing technical requirements and criteria, consistent with EPA standards, for approving or disapproving applications to construct, operate, and eventually close a repository. In 1981 and 1983, NRC issued regulations for a geologic repository in anticipation of EPA standards.[11]

Subsequently, the Energy Policy Act of 1992[12] modified the process for setting environmental standards for a repository at Yucca Mountain. The Act directed the National Academy of Sciences (NAS) to provide findings and recommendations on these standards and directed EPA to issue standards for the Yucca Mountain site based on and consistent with the NAS findings and recommendations. The Act directed NRC to revise its regulations as necessary to be consistent with the EPA standards, once issued. The NAS published its report in 1995.[13] The EPA is currently developing its standards.







PA-196044

## How geologic disposal would work

The basic concept of geologic disposal is to place carefully prepared and packaged waste in excavated tunnels in geologic formations such as salt, hard rock, or clay. The concept relies on a series of barriers, natural and engineered, to contain the waste for thousands of years and to minimize the amount of radioactive material that may eventually be transported from a repository and reach the human environment.

Water is the primary means by which radionuclides could reach the human environment. Therefore, the primary functions of the barriers are to keep water away from the waste as long as possible, to limit the amount of water that finally does contact the waste, to slow the release of radionuclides from the waste, and to reduce the concentrations of radionuclides in groundwater.

All countries pursuing geologic disposal are taking the multibarrier approach, though they differ in the barriers they emphasize. The German disposal concept, for example, relies heavily on the geologic barrier, the rock salt formation at the prospective disposal site. The Swedish method, on the other hand, relies heavily on thick copper waste packages to contain waste.

The U.S. approach, as recommended in the 1979 Report to the President by the Interagency Review Group on Nuclear Waste Management,[14] is to design a repository in which the natural and engineered barriers work as a system, so that some barriers will continue to work even if others fail, and so that none of the barriers is likely to fail for the same reason or at the same time. This design strategy is called defense in depth. The barriers include the chemical and physical forms of the waste, the waste packages and other engineered barriers, and the natural characteristics of Yucca Mountain.






Cutaway showing artist's concept of the complex of underground tunnels into which waste would be emplaced. A repository at Yucca Mountain would rely on the semiarid climate, natural barriers, and engineered barriers to contain and isolate waste for thousands of years.

 

## Why Yucca Mountain?

Yucca Mountain is remote from population centers. Located about 100 miles northwest of Las Vegas, Nevada, Yucca Mountain is on the edge of the nation's nuclear weapons test site, where more than 900 nuclear tests have been conducted. This unpopulated land is owned by the Federal Government.

Yucca Mountain provides a stable geologic environment. A flat-topped ridge running six miles from north to south, Yucca Mountain has changed little over the last million years. Based upon what is known about the site, disruption of a repository at Yucca Mountain by volcanoes, earthquakes, erosion, or other geologic processes and events appears to be highly unlikely.

Yucca Mountain has a desert climate. This is important because water movement is the primary means by which radioactive waste could be transported from a repository. On average, Yucca Mountain currently receives about seven inches of rain and snow per year. Nearly all the precipitation, about 95 percent, either runs off or evaporates. Geological information indicates that the regional climate has changed over the past




Location of the proposed monitored geologic repository at Yucca Mountain, Nevada