million years and the long-term average precipitation has been about 12 inches per year—comparable to that of present-day Santa Fe, New Mexico. Even if this were to be the case in the future, most of the water would run off or evaporate rather than soak into the ground and possibly reach the repository.

A repository would be built about 1,000 feet below the surface and 1,000 feet above the water table in what is called the unsaturated zone. The water table is about 2,000 feet beneath the crest of Yucca Mountain. Any precipitation that does not run off or evaporate at the surface would have to seep down nearly 1,000 feet before reaching the repository. Between the repository and the water table, it would have to move through another 1,000 feet of the unsaturated zone before reaching the water table. The groundwater in the region is trapped within a closed desert basin and does not flow into any rivers that reach the ocean.

The concept of disposing of waste in the unsaturated zone in the desert regions of the Southwest was first advanced by the U.S. Geological Survey in the 1970s. In 1976, the director of the Geological Survey suggested that the region in and around the Nevada nuclear weapons test site offered a variety of geologic formations and other attractive features, including remoteness and an arid climate.[15] In 1981, a Geological Survey scientist noted that the desert Southwest has water tables that are among the deepest in the world and that the region contains multiple natural barriers that could isolate wastes for "tens of thousands to perhaps hundreds of thousands of years."[16]





View of Yucca Mountain from the south

## The design process

Designing a repository is an iterative process. The process begins with defining the primary design objectives: protecting the health and safety of both the workers and the public during the period of repository operations; minimizing the amount of radioactive material that may eventually reach the accessible environment; and keeping costs down to an acceptable level.

To achieve the design objectives, engineers work with scientists to design the man-made components of a repository to work effectively with the natural system. The engineered barriers are intended to work with the natural barriers—the geology and climate of Yucca Mountain—to contain and isolate waste for thousands of years. The waste package design, for example, includes materials that are chosen to be compatible with the underground thermal and geochemical environment, and the layout of tunnels takes into consideration the geology of the mountain.

Through successive evaluations and improvements, the repository design has evolved to the current reference design. The reference design represents a snapshot of the ongoing design process, thus providing a frame of reference to describe how a repository at Yucca Mountain could work. The repository design also offers insights about how to reduce uncertainty and modify the design to improve its performance. Improvements are expected to continue as more work is completed and more information about the site is obtained.






A conceptual model of the design process. Design objectives for repository components are identified, and then the designs are developed, evaluated, and improved.

## The reference design

In the current reference design, spent nuclear fuel and high-level radioactive waste would be transported to Yucca Mountain by truck or rail in specially designed, shielded shipping containers licensed by the Nuclear Regulatory Commission; removed from the shipping containers and placed in long-lived waste packages for disposal; carried into the underground repository by rail cars; placed on supports in the tunnels; and monitored until the repository is finally closed and sealed.

### *Surface facilities and operations*

Surface facilities would be designed to receive the waste and prepare it for final disposal, and to support the excavation, construction, loading, and ventilation of the repository tunnels. The entire surface layout would cover about 100 acres and have three main areas:

- At the north entrance to the underground repository would be the facilities and equipment to transfer waste from shipping containers to waste packages. Each waste package would be welded closed and thoroughly checked before being loaded onto a shielded transporter to be taken underground.
- At the south entrance would be the facilities to support the excavation and construction of the tunnels.
- Near the top of the mountain would be the facilities that house the air intake and exhaust fans for ventilating the repository.

Workers would be shielded from direct exposure to radiation and contamination because waste would be handled remotely.





Artist's concept of repository surface facilities

### *Underground facilities and operations*

The underground repository would consist of about 100 miles of tunnels. The main tunnels would be designed for moving workers, equipment, and waste packages. Ventilation tunnels would provide air for workers. The emplacement tunnels (or drifts) would accommodate the waste packages. Two gently sloping access ramps and two vertical ventilation shafts would connect the underground and surface areas.

Transportation underground would be by rail. A locomotive would haul the shielded transporter with its waste package underground from the waste-handling building to the entrance of an emplacement drift. Then a remotely operated crane (or gantry) would lift the waste package, carry it along the drift, and lower it onto its supports.

Current schedules anticipate that waste emplacement would begin in 2010 if a license is received from the Nuclear Regulatory Commission, after construction of surface facilities, the main tunnels, ventilation system, and initial emplacement drifts. Additional drifts would be constructed over a period of about 20 years while waste is being emplaced. The current design would accommodate 70,000 metric tons of waste, a limit imposed by the Nuclear Waste Policy Act of 1982. However, the site is large enough to accommodate additional waste, if that were authorized.





Artist's concept of repository underground facilities and operations

### *The engineered barrier system*

The engineered barrier system is designed to work with the natural geologic barriers. The reference repository design features a long-lived waste package and includes the waste form, the concrete tunnel floor (or invert), and the steel and concrete support for the waste package.




The current waste package design would have two layers: a structurally strong outer layer of carbon steel nearly four inches thick, and a corrosion-resistant inner layer of a high-nickel alloy about three-fourths of an inch thick. These two layers would work together to preserve the integrity of the waste package.

The waste forms inside the waste package would provide additional barriers against transport of radionuclides away from the repository. Most spent nuclear fuel is encased in Zircaloy, a metal cladding that is highly resistant to corrosion. Defense high-level radioactive waste would be solidified as glass inside stainless steel canisters.

As the design process continues, DOE is evaluating several design options that might increase the ability of the engineered barrier system to contain waste. These include the following:

- Drip shields that could keep water from dripping on the waste packages
- Ceramic coating on the waste packages that could further prevent corrosion
- Backfill that could protect the waste packages from falling rock or tunnel collapse, raise the waste packages' temperature and lower the relative humidity

Backfill would consist of crushed rock or other granular material that would be placed around the waste packages in the emplacement drifts just before the repository is closed.

The DOE also is evaluating alternative designs, some of which might reduce uncertainties regarding repository performance. (Design alternatives are discussed further under Long-Term Safety, page 30.)



### *Confirmation and retrieval*

Activities to confirm that a repository would work as expected begin long before the first waste is emplaced. In the current site characterization phase, information about Yucca Mountain and the surrounding environment is being collected and compiled to provide a baseline against which to compare what would happen if a repository were built and waste were emplaced.

Using mathematical models based on the collected data and analyses of the engineered components, scientists forecast the probable behavior of the engineered system and the effects of a repository on the Yucca Mountain environment. If repository operations begin, remote sensors would monitor the waste packages, tunnels, and surrounding rock. The effects of a repository would be monitored, and the observed effects would be compared to the model predictions. These confirmation activities would help determine whether a repository is operating as expected.

If a problem is detected prior to closing the repository, remedial action or retrieval of the waste would be possible using remotely operated equipment. The Nuclear Regulatory Commission currently requires that a repository be designed to allow the retrieval of waste at any time up to 50 years after waste operations begin. Retrieval of waste, if needed, would follow, in reverse order, the same steps taken in emplacing the waste.






The performance confirmation program begins with site characterization to establish a baseline and continues until repository closure begins.

## Repository closing

Even under the most ambitious schedules for disposal, future generations would make the final decision to close a repository. To give future generations the option of closing the repository or monitoring it for long periods of time, DOE is designing the repository so that it could (with Nuclear Regulatory Commission approval) be either closed as early as 10 years after emplacement of the last waste package, or kept open for hundreds of years from the start of waste emplacement.

Permanently closing the repository would require the sealing of all shafts, ramps, exploratory boreholes, and other underground openings. These actions would discourage any human intrusion into the repository and prevent water from entering through these openings.

At the surface, all radiological areas would be decontaminated, all structures removed, and all wastes and debris disposed of at approved sites. The surface area would be restored as closely as possible to its original condition. Permanent monuments would be erected around the site to warn any future generations of the presence and nature of the buried wastes.

The DOE also would continue to oversee the Yucca Mountain site to prevent any activity that could breach a repository's engineered or geologic barriers, or otherwise increase the exposure of the public to radiation beyond allowable limits.





View of Yucca Mountain from the northwest

## Performance assessment models

Performance assessment evaluates how a repository system is likely to work over long time periods. From the results of scientific studies, analysts build detailed mathematical models or "representations" of the features, events, and processes that could affect the performance of the design. They then incorporate the results of these detailed process models into an overall model of the repository system, which is called the total system performance assessment model. The models are used to assess how the natural and engineered elements of a waste disposal system are likely to work together over the long period required to isolate wastes.

Performance assessments help identify which uncertainties about the behavior of a disposal system are significant and which are not, which elements of the repository system are most important to how well it is likely to work, and where scientists and engineers might most usefully focus their efforts to improve performance. These assessments are repeated and refined during the course of developing, evaluating, and improving a repository design.

A total system performance assessment represents a reasonable approach to the challenging task of projecting how a repository would work over thousands of years. However, as a National Academy of Sciences panel observed, "Confidence in the disposal techniques must come from a combination of remoteness, engineering design, mathematical modeling, performance assessment, natural analogues and the possibility of remedial action in the event of unforeseen events."[17] The DOE is taking this combined approach.




Approach to constructing a total system performance assessment (TSPA) model. Analysts develop detailed mathematical models of the natural processes that are important to repository performance and then combine these models into a model of the entire repository system.

## The attributes of safe disposal

The results of fifteen years of testing and analysis, including four years of underground exploration, have validated many, but not all, of the expectations of scientists who first suggested that remote desert regions are well-suited for a geologic repository. One important and unexpected test result was finding underground, at the level of the proposed repository, traces of a radioactive isotope (chlorine-36) that is associated with above-ground nuclear weapons tests. As atmospheric nuclear testing began in the mid-1940s, this finding suggests that some water travels from the ground surface to the level of the repository in about 50 years or less. Another important finding was evidence that the average amount of water that filters down through the mountain is about a third of an inch per year, which, while only about five percent of the average annual precipitation, is more than DOE initially expected. Taken together, the findings, both expected and unexpected, underscore the importance of building engineered barriers that work with the natural barriers to keep water away from the waste.

The results indicate that a repository at Yucca Mountain would need to exhibit four key attributes to protect public health and the environment for thousands of years. The four key attributes are:

- Limited water contact with waste packages
- Long waste package lifetime
- Low rate of release of radionuclides from breached waste packages
- Reduction in the concentration of radionuclides as they are transported from breached waste packages

Based on performance assessment models, DOE has evaluated the degree to which the reference design exhibits these four key attributes, and has identified additional scientific studies and design improvements that could reduce uncertainties and enhance long-term repository performance.

### *Limited water contact with waste packages*

In the reference design, waste packages would be placed about 1,000 feet below the mountain's surface and about 1,000 feet above the water table. Even if future climates are much wettor than today, the mountain is not expected to erode and leave the waste exposed, and the water table is not expected to rise high enough to reach the waste.

In the current semiarid climate, about seven inches of water a year from rain and snow fall on Yucca Mountain. Nearly all of that precipitation, about 95 percent, runs off or evaporates. Only about one-third of an inch of water per year moves down (or percolates) through the nearly 1,000 feet of rock to reach the level of the repository. Studies of past climates indicate that the precipitation may increase to a long-term average of about 12 inches per year. However, most of the water still would run off or evaporate rather than soak into the ground.





Once waste packages have been placed in the repository, the heat generated from radioactive decay would raise the temperature in the tunnels above the boiling point of water. The heat is expected to dry out the surrounding rock and drive any water away for hundreds to thousands of years. However, as the waste decays and the repository cools, enough water to cause drips would begin to seep into the drifts through fractures in the rock.

Using mathematical models, analysts estimate that, after the repository cools enough, about five percent of the packages could experience dripping water, under the current climate. If the climate changes to a wetter long-term average, about 30 percent of the packages could experience dripping water. These estimates are based on a number of assumptions that remain to be validated. Nonetheless, the results suggest that limited water would contact the waste packages.

Ongoing testing in the exploratory tunnels is providing more information on how much water could enter the repository and contact the waste packages under a variety of conditions. The DOE is also evaluating alternative waste package designs and other options that would mitigate the effects of water contact and improve performance of a repository.

### *Long waste package lifetime*

The waste package in the reference design has two layers: a thick outer layer made of carbon steel that provides structural strength and delays any contact of water with the inner layer, and a thinner inner layer of a high-nickel alloy that resists corrosion after the outer layer is penetrated.

Based on preliminary results of corrosion experiments and the opinions of experts, computer simulations indicate that most of the waste packages would last more than 10,000 years, even if water is dripping on them. The longevity of man-made materials in the repository environment over such long periods of time is subject to significant uncertainty, however, and some waste packages could fail earlier. Scientists estimate that dripping water could cause the first penetrations—tiny pinholes—to appear in some waste packages after about 4,000 years. More substantial penetrations could begin to occur about 10,000 years later. Projections of waste package performance also assume that at least one waste package will fail in 1,000 years due to a manufacturing defect.

To reduce the uncertainty in waste package performance, further research on the conditions that waste packages will be exposed to and testing of waste package materials is underway. In addition, DOE is evaluating alternative waste package designs and materials that could compensate for the uncertainty and enhance longevity.





### ***Low rate of release of radionuclides from breached waste packages***

Once water enters a waste package, it would have to penetrate the metal cladding of the spent nuclear fuel to reach the waste. For about 99 percent of the commercial spent nuclear fuel, the cladding is highly corrosion-resistant metal that is designed to withstand the extreme temperature and radiation environment in the core of an operating nuclear reactor. Current models indicate that it would take thousands of years to corrode cladding sufficiently to allow water to reach the waste and begin to dissolve the radionuclides. However, estimates of cladding performance are uncertain, and more work in this area is planned.

During the thousands of years required for water to reach the waste, the radioactivity of most of the radionuclides would decay to virtually zero. For the remaining radionuclides to get out of the waste package, they must be dissolved in water, but few of the remaining radionuclides could be dissolved in water at a significant rate. Thus, only the long-lived, water-soluble radionuclides, such as isotopes of technetium, iodine, neptunium, and uranium, could get out of the waste package. Although most of the waste would not migrate from the package even if it were breached, the release of any radionuclides is reason for concern and motivation for seeking improvements in the repository design. Ongoing tests are providing more information on how radionuclides dissolve in water.





### *Reduction in the concentration of radionuclides as they are transported from the waste packages*

Long-lived, water-soluble radionuclides that migrate from the waste packages will have to move down through about 1,000 feet of rock to the water table and then travel about 20 kilometers (about 12 miles) to reach a point where they could be taken up in a well and consumed or used to irrigate crops.

As the long-lived, water-soluble radionuclides begin to move down through the rock, some will stick (or adsorb) to the minerals in the rock and be delayed in reaching the water table. After reaching the water table, radionuclides will disperse to some extent in the larger volume of groundwater beneath Yucca Mountain, and the concentrations will be diluted. Eventually, groundwater with varying concentrations of different radionuclides will reach locations near Yucca Mountain where the water could be consumed.

Of the approximately 350 different radioactive isotopes present in spent nuclear fuel and high-level radioactive waste, six are present in sufficient quantities and are sufficiently long-lived, soluble, mobile, and hazardous to contribute significantly to calculated radiation exposures. Four of these isotopes—technetium-99, iodine-129, neptunium-237, and uranium-234—can be transported by moving groundwater because they do not adsorb well to minerals. Two isotopes—plutonium-239 and plutonium-242—tend to adsorb but could be mobile because they can attach themselves to small particles (or colloids) and then be transported along with those particles.

Given the uncertainty about the rate at which groundwater moves and the possible existence of fast pathways or channels through the saturated zone, the DOE is continuing to investigate groundwater flow characteristics and is analyzing the possible effects on radionuclide transport and dilution.



