## Possible dose

Analysts have calculated the possible radiation dose rate to people who may be living near the repository thousands of years in the future. Because where and how people will be living in the distant future cannot be predicted, analysts base their calculations on the current situation. They assume that the nearest population lives 20 kilometers (about 12 miles) from the repository boundary and has a lifestyle similar to the average person living today in Amargosa Valley, about 30 kilometers (about 19 miles) from Yucca Mountain.

During the first 10,000 years after the repository is closed, current models indicate that the mean peak annual dose rate to an average individual in this future population would be about 0.1 millirem. However, given the uncertainties associated with the assumptions and the performance assessment models, the peak dose could be higher or lower than the estimated average. There is a 5 percent (1 in 20) chance of exceeding 0.8 millirem and a greater than 25 percent chance of no exposure at all.



During the first 100,000 years, the mean peak annual dose rate to an average individual is estimated to be 30 millirem with a 5 percent chance of exceeding 200 millirem and a greater than 20 percent chance of zero dose.

Radiation is a form of energy that is everywhere in the natural and man-made world. The basic unit for measuring the damage that a given dose of radiation can cause to human tissue is called a rem. Each year in the United States, the average person receives a dose of about 360 millirem (a millirem is one one-thousandth of a rem) from natural and man-made sources. Natural sources—cosmic rays, radon gas, soil and rock, and the human body itself—account for about 300 millirem of the total annual average dose, with man-made, mostly medical, sources accounting for the remaining 60 millirem.[18] Man-made sources of radiation include diagnostic X-rays and other medical procedures, television sets, and computer monitors. Radiation exposures vary widely depending on geographic location and life choices. For example, a person living at an altitude of 5,000 feet in Denver, Colorado, receives nearly two times as much cosmic radiation as a person living near sea level in Washington, D.C.[19]

During the first 1 million years, the mean peak annual dose rate to an average individual is estimated to reach 200 millirem, with a 5 percent chance of exceeding 1,000 millirem (or 1 rem) and a 5 percent chance of being lower than 0.07 millirem.




Mean peak annual dose rate from the repository

## Other safety issues

The analysis of the safety of a repository at Yucca Mountain must also consider both the likelihood and the effect of possible disruptive processes and events, such as volcanism, earthquakes, human intrusion, and "nuclear criticality." The DOE has concluded that there is little likelihood that such processes or events at Yucca Mountain would significantly affect the long-term performance of a repository.

### *Volcanism*

The area around Yucca Mountain was very active volcanically millions of years ago. The rock of Yucca Mountain—called tuff—is composed of volcanic ash from eruptions that occurred about 13 million years ago. However, large-scale volcanism in the area ceased about 7.5 million years ago, and the last, small eruption occurred about 75,000 years ago. Experts have concluded that the chance of future volcanic activity disrupting the site is negligible. As a result, volcanism would be unlikely to affect the long-term performance of the repository.

### *Earthquakes*

Yucca Mountain is located in the southern Great Basin, a large region that has some earthquakes. Yucca Mountain itself is a tilted block of rock that is bounded by geologic faults. A magnitude 5.6 earthquake occurred about 12 miles away in 1992. A repository and surface facilities would be designed to withstand earthquakes, as are modern tunnels, buildings, and power plants in seismically active areas.

### *Accidental human intrusion*

It is possible that future human activities might intrude on the repository. One possible activity would be exploration for valuable natural resources. However, Yucca Mountain exhibits few characteristics that would make it an attractive location for future generations to drill or otherwise explore for gold, hydrocarbons, or other materials.

The National Academy of Sciences (NAS) concluded that there is no scientific basis for predicting such human activities over the very long periods of time for which the repository must function. The NAS, therefore, recommended that future human intrusion not be considered in the quantitative performance assessments. However, to evaluate how the repository would perform if humans were to intrude, the NAS recommended,[20] and DOE has conducted, a separate analysis of a theoretical case in which a waste package is penetrated by someone drilling into the repository in the future. Performance assessments indicate that peak dose rates would increase if a waste package were penetrated by exploratory drilling and if waste were then carried down the drillhole to the water table. However, as noted, natural resource assessments indicate that the Yucca Mountain site does not exhibit characteristics that would make it an attractive location for exploratory drilling.

### *Nuclear criticality*

A nuclear criticality occurs when sufficient quantities of fissionable materials come together in a precise manner and the required conditions exist to start and sustain a nuclear chain reaction. The waste packages would be designed to prevent a criticality from occurring inside a waste package. In addition, it is very unlikely that a sufficient quantity of fissionable materials could accumulate outside of the waste packages in the precise configuration and with the required conditions to create a criticality. If, somehow, an external criticality were to occur, analyses indicate that it would have only minor effects on repository performance. An explosive external criticality is not credible.

## What we are learning

The performance assessment shows that the most significant single factor affecting the ability of the repository to protect public health and safety would be the amount of water that directly contacts the waste. Yucca Mountain itself would provide the first major barrier to such contact, ensuring that the repository would not be flooded by either a rise in the deep water table or by infiltration of water from the surface during periods much wetter than the present. However, some waste packages will experience dripping water, and the amount is uncertain.

To address this concern, the reference design includes multiple barriers to limit water contact with the waste. The inner and outer waste package layers and the metal cladding on the spent fuel are barriers between water and the waste.

The vast majority of the radionuclides in the waste are not mobile in water and thus pose no threat to public health and safety, even when the waste package and cladding are breached and the waste is exposed to water. However, a very small fraction of the radionuclides (representing less than 0.2 percent of the initial radioactivity of all the radionuclides) are able to dissolve and move. While the quantities of the radionuclides that could reach the environment appear to be small, they nevertheless pose a potential health hazard that must be addressed.

Total system performance assessments of the reference design indicate that, for 10,000 years after the repository is closed, people living near Yucca Mountain would receive little or no increase in radiation exposure. After about 300,000 years, people living about 20 kilometers (12 miles) south of Yucca Mountain might receive additional radiation doses that are comparable to present-day doses from natural background radiation.

Although the performance assessments are encouraging, there are remaining uncertainties that should be addressed before a site recommendation decision is made and a license application is submitted to the Nuclear Regulatory Commission. Therefore, DOE plans to conduct further tests of the site and of candidate waste package materials in support of the license application. The DOE also plans to evaluate alternative repository designs that could reduce the possible doses to people living near Yucca Mountain thousands of years in the future.

## Plan to complete a license application

In the next four years, DOE will focus on improving the repository and waste package design, strengthening the understanding of the key natural processes, preparing the environmental impact statement, and developing the information needed to support the site recommendation decision. Because a license application takes years to prepare, DOE has begun to assemble the information needed to support one.

Before DOE can submit a license application to the Nuclear Regulatory Commission (NRC), the Nuclear Waste Policy Act requires the following decisions, any one of which can stop the process:

- The Secretary must decide, based on a formal evaluation of the site and after considering the views of States, affected Indian tribes, and the NRC, whether to recommend the site to the President. A site recommendation must be accompanied by an environmental impact statement, which is scheduled for completion in 2000. Current schedules plan for a site recommendation to be made in 2001.

- The President will then decide, possibly in 2001, whether to recommend the Yucca Mountain site to Congress.

- If the Governor and legislature of Nevada submit a notice of disapproval to Congress, Congress must then decide whether to override Nevada's objections and approve the Yucca Mountain site.

If the preceding decisions are made in a timely manner and ultimately support development of a repository at the Yucca Mountain site, DOE would submit a license application to NRC in 2002.

To obtain an NRC license, DOE must demonstrate that a repository can be constructed, operated, monitored, and eventually closed without unreasonable risk to the health and safety of workers and the public. The challenge in licensing a geologic repository is demonstrating a reasonable assurance of compliance with long-term safety standards for many thousands of years. However, the recent issuance of a permit by the Environmental Protection Agency for the disposal of long-lived transuranic waste in the Waste Isolation Pilot Plant shows that compliance with long-term safety standards is achievable. In preparing to submit a license application, DOE is drawing on the Waste Isolation Pilot Plant experience and focusing on both operational and long-term safety issues.





## Operational safety

To ensure that a repository can be operated safely, DOE is using demonstrated technology and accepted design criteria, systematically identifying design-basis events, and classifying all repository structures, systems, and components on the basis of their importance to safety.

### *Demonstrated technology and accepted design criteria*

Designing waste-handling facilities and operations is not a unique endeavor. Many codes, standards, and Nuclear Regulatory Commission regulatory guidance documents, along with many years of industry experience in the operation of nuclear facilities, can be applied to preclosure repository design and operations. (Preclosure refers to the time when waste is being emplaced and monitored.) Many elements of the reference design are based on demonstrated technology and accepted design criteria to ensure protection of both workers and the public during the preclosure period of repository operations.

### *Identification of design-basis events and safety classifications*

Nuclear Regulatory Commission regulations require DOE to identify internal design-basis events (such as dropping a waste package) and external design-basis events (such as an earthquake) that could cause accidents resulting in unacceptable radiation exposures to workers or to the public. The regulations require that DOE protect both workers and the public when designing any engineered structures, systems, or components that are important to safety: all such elements must be able to withstand design-basis events. The DOE is now identifying design-basis events, performing safety classifications, and incorporating the resulting design requirements into its design requirements documentation.



Artist's concept of operations to move waste underground. Remote-controlled equipment would be used to place waste packages on rail cars and move the rail cars into shielded transporters. Human-operated electric locomotives would take loaded transporters underground.

## Long-term safety

To reduce current uncertainties and increase confidence that a repository can contain and isolate waste for thousands of years, DOE is focusing its ongoing efforts on three major areas:

- Increasing understanding of the key natural processes that are important to long-term performance of a repository
- Improving the design of key engineered components of a repository
- Increasing confidence in performance assessment models

These three sets of activities will be the focus of DOE work between this viability assessment and the site recommendation decision, which could lead to submission of a license application.

### *Increasing understanding of the key natural processes that are important to long-term performance of a repository*

The key natural processes are water movement through the unsaturated zone above and below the repository, the effect of heat from the waste packages on moisture in the rock around the tunnels, and the movement of groundwater beneath the repository. Increased understanding of these processes will reduce the uncertainties about the performance of a repository.

The DOE is conducting experiments to determine how water could move through the unsaturated zone above and below the repository tunnels. In one experiment, water containing chemical tracers is being injected into the rock, and scientists are measuring how much and how quickly water moves through the rock. In another experiment, microspheres are being injected into the rock to simulate possible colloidal transport of radionuclides. These experiments will provide more data on how much water might infiltrate the repository and how water could transport radionuclides to the water table.

The DOE is also conducting experiments on the effect of heat generated by the waste packages on moisture in the surrounding rock. Large heaters have been placed in areas of the existing tunnel, and scientists are observing the effect of the heat on the unsaturated rock. These experiments will increase understanding of how water would be driven away from the waste packages during the period of high temperature and how, later, declining temperatures could affect water movement through the unsaturated zone.

Additional information on the movement of water in the saturated zone below the water table will be gained from a series of wells installed by DOE and from wells being installed by Nye County, Nevada.



Completed single-element heater test

### *Evaluating ways to improve the design of key engineered components of a repository*

As the design process progresses, DOE is evaluating several design options and alternatives that could reduce existing uncertainty and improve the performance of the repository system. Some of these options and alternative concepts were suggested by the Nuclear Waste Technical Review Board and by stakeholders such as the Nuclear Waste Repository Project Office of Nye County, Nevada.




The repository design will incorporate design margin and defense in depth to increase confidence in repository performance. Design margin provides an extra margin of safety. For example, the waste package thickness could be increased to provide extra design margin. Defense in depth is intended to ensure that failure in any one barrier would not lead to unacceptable performance of the entire repository system.

The DOE will continue evaluating drip shields, ceramic coatings, and backfill options that could increase both design margin and defense in depth.

The DOE is also considering alternative repository design concepts, some of which are significantly different from the current reference design. One alternative involves a much cooler, ventilated repository design, so that moisture in the surrounding rock would never reach the boiling point. This alternative would reduce the complexity of the interaction between the natural and engineered barriers. Another alternative is to use a shielded waste package that would allow human entry into the emplacement drifts for inspection and, if necessary, remedial action.

### *Increasing the reliability of performance assessment models*

While forecasts of repository performance over thousands of years can never be proven, laboratory and field studies and experiments provide opportunities to validate the performance assessment models. By comparing the empirical results of the experiments with the predicted results of the models, analysts can assess how well their models represent the natural processes and engineered features of a repository. Validating the performance assessment models will reduce uncertainties and increase confidence that a repository will work as expected.




Schematic cross-section of Yucca Mountain and depiction of processes that are important to repository performance

## Cost of licensing, building, operating, monitoring, and closing a repository

The estimated cost to complete the repository design and other necessary work and to prepare and submit a license application in 2002 is approximately $1.1 billion, in constant 1998 dollars. This includes the costs of completing an environmental impact statement in 2000, and providing the information needed by the States, the Secretary, the President, the Congress, and the public.

The estimated cost to complete the licensing process and construct, operate, monitor, and close a repository is approximately $18.7 billion, in constant 1998 dollars. This cost estimate is based on the following assumptions:

- A license application is submitted in 2002, and the Nuclear Regulatory Commission approves construction of the repository in 2005.
- Emplacement of waste in the repository begins in 2010 and ends in 2033.
- After a five-year start-up phase, commercial spent nuclear fuel is emplaced at a full-scale rate of approximately 3,000 metric tons per year.
- A total of 70,000 metric tons of waste is emplaced, including 63,000 metric tons of commercial spent nuclear fuel, 2,333 metric tons of defense spent nuclear fuel, and 4,667 equivalent metric tons of high-level radioactive waste.
- The repository remains open for 100 years after the start of operations. Closing and sealing the repository begin in 2110 and are completed in 2116.

The DOE is evaluating options for constructing and operating the repository that would reduce construction costs before emplacement begins in 2010. The surface facilities and tunnels could be constructed in phases, or modules. This modular approach could reduce annual costs but also could increase the total cost of constructing and operating the repository. These options will be evaluated in conjunction with the study of alternative designs described in the preceding section.

## Repository costs

The $18.7 billion estimated repository cost reflects several factors. The repository subsurface facilities would consist of approximately 100 miles of steel- or concrete-lined tunnels, and underground operations would involve remotely operated equipment. The waste packages would be made of high grade materials and manufactured under strict quality controls and standards. The surface facilities would be designed to handle a high volume of commercial spent fuel—3,000 metric tons per year. Performance confirmation and monitoring would continue for 100 years before closing and sealing the repository.

Because research is ongoing and the repository design has not yet been selected, there is uncertainty in the cost estimate. To compensate for the uncertainty, contingencies have been incorporated into the cost estimates.






Allocation of costs to construct, operate, monitor, and close a geologic repository at Yucca Mountain

## Total system life cycle costs

A monitored geologic repository is only one component of a total waste management system, which would also include overall system management, transportation, and benefits to the State of Nevada. The total life cycle costs for a complete waste management system include the following elements:

- Total program costs from 1983 through 1998 were approximately $5.9 billion in year-of-expenditure dollars. Site characterization activities at all nine of the initial candidate sites and the five-mile exploratory tunnel at Yucca Mountain account for the largest portion of the costs to date.
- The estimated costs to complete a license application and supporting documents is $1.1 billion, in constant 1998 dollars.
- The estimated costs to complete the repository design and licensing process, and then build, operate, monitor, close, and seal the repository are $18.7 billion.
- The estimated costs of expanding the repository to accommodate additional waste beyond the current 70,000 metric-ton statutory limit, if authorized, would be approximately $4.5 billion.
- The estimated costs of transporting wastes to Yucca Mountain are approximately $6.7 billion.
- Estimated payments equivalent to taxes and other benefits to the State of Nevada and affected units of local government are approximately $3.2 billion.
- The estimated costs of managing the entire system are $2.5 billion.

The total of estimated future costs is $36.6 billion, in constant 1998 dollars. (The additive total of the elements above differs due to rounding.)






Profile of total system life cycle costs. These cost estimates reflect DOE's best projections, given the scope of the work identified and planned schedule of required activities. Future events and information could result in changes to both costs and schedules. Future budget requests for the program have yet to be established and will be determined through the annual executive and congressional budget process.

## Who pays?

The Nuclear Waste Policy Act of 1982 requires entities that generate spent nuclear fuel and high-level radioactive waste to pay for the costs of disposal. The utilities with nuclear power plants pay a fee to fund the disposal of wastes from their plants, while the Federal Government uses tax revenues to pay for the disposal of radioactive waste from the nation's defense programs.

The Act directs the Secretary of Energy to enter into fee-for-service contracts with utilities for disposing of the waste. In return for this service, utilities pay annual fees that are deposited into a Nuclear Waste Fund where the money earns interest until spent. In setting up the Fund, Congress recognized that the disposal program is an extremely complex, first-of-a-kind scientific and engineering project and one that can succeed only through a sustained effort over many decades. Thus, the Fund is designed to provide the adequate, assured, and stable funding—free from normal budgetary pressures—required for such a long-term effort.

The Nuclear Waste Fund is intended to cover the entire cost of disposing of commercial spent nuclear fuel. The Secretary of Energy regularly reviews the Fund and projected costs of the program to determine whether the fees will be enough to recover the full costs. If the fees are too high or too low, the Secretary is authorized to propose any required changes.

The DOE has determined that the amount generated by the current fees, including the unspent balance and accumulating interest, is sufficient to cover the total system life cycle costs of disposing of commercial spent nuclear fuel. This assumes that the unspent balance and interest income from the Nuclear Waste Fund will remain available for their originally intended purpose.






Historical and projected program income and costs through the waste emplacement phase. These cost estimates reflect DOE's best projections, given the scope of the work identified and planned schedule of required activities. Future events and information could result in changes to both costs and schedules. Future budget requests for the program have yet to be established and will be determined through the annual executive and congressional budget process.