## Concluding observations

Based on the viability assessment, DOE believes that Yucca Mountain remains a promising site for a geologic repository and that work should proceed to support a decision in 2001 on whether to recommend the site to the President for development as a repository. Over 15 years, extensive research has validated many of the expectations of the scientists who first suggested that remote, desert regions of the Southwest are well-suited for a geologic repository. Engineered barriers can be designed to contain waste for thousands of years, and the natural barriers can delay and dilute any radioactive material that migrates from the waste packages. Current models indicate that the possible radiation exposure to future populations living nearby could be comparable to present-day exposure levels from natural background radiation. Design alternatives that may improve performance and reduce remaining uncertainties are now being evaluated.

The performance of a geologic repository over such long time periods—longer than recorded human history—cannot be proven beyond all doubt. Forecasts about future geologic and climatic conditions and engineering estimates of how long the waste packages will remain intact cannot be directly validated. The mathematical models used in the performance assessment are subject to uncertainties that can be reduced but never completely eliminated.

The Nuclear Regulatory Commission's general standard for meeting geologic repository regulatory criteria and objectives is reasonable assurance. While considerable uncertainties remain today, DOE believes that reasonable assurance should be achievable in the licensing process after the planned work is completed. The DOE believes, therefore, that ongoing work at Yucca Mountain should proceed as planned.

37

## Endnotes

The numbers at the end of each reference are Office of Civilian Radioactive Waste Management accession numbers. See the inside front cover of this document for whom to contact regarding more information.

[1] Energy and Water Development Appropriations Act, 1997. Public Law 104-206. 238115.

[2] For a description and discussion of radioactive waste and its management, see The League of Women Voters 1993. *The Nuclear Waste Primer: A Handbook for Citizens*. New York: League of Women Voters Education Fund. 210697.

[3] U.S. District Court, Utah 1995. Joint Motion for Entry of Consent Order Based on Settlement Agreement and Consent Order in the Case of Public Service Co. of Colorado v. Batt, October 17, 1995. Civil Case No. 91-0054-S-EJL (Legal Pleadings). U.S. District Court for the District of Idaho. 240346.

[4] U.S. Department of Energy 1997. *Linking Legacies: Connecting the Cold War Nuclear Production Processes to Their Environmental Consequences*. DOE/EM-0319, pp. 34-38. Washington, D.C.: DOE. 241255.

[5] National Academy of Sciences/National Research Council 1957. *The Disposal of Radioactive Waste on Land*. Publication 519, p. 4. Washington, D.C.: National Academy Press. 241256.

[6] U.S. Department of Energy 1980. *Final Environmental Impact Statement, Management of Commercially Generated Radioactive Waste*. DOE/EIS-0046F. Washington, D.C.: DOE. 205022.

[7] National Research Council 1990. *Rethinking High-Level Radioactive Waste Disposal, A Position Statement of the Board on Radioactive Waste Management*, p. vii. Washington, D.C.: National Academy Press. 241259.

[8] Nuclear Waste Policy Act of 1982. Public Law 97-425. 222165.

[9] 10 CFR [Code of Federal Regulations] 60. Energy: Disposal of High-Level Radioactive Waste in Geologic Repositories. 239474.

[10] Nuclear Waste Policy Amendments Act of 1987. Public Law 100-203. 223717.

[11] 10 CFR 60. Energy: Disposal of High-Level Radioactive Wastes in Geologic Repositories. 239474.

[12] Energy Policy Act of 1992. Public Law 102-486. 233191.

[13] National Research Council 1995. *Technical Bases for Yucca Mountain Standards*. Washington, D.C.: National Academy Press. 104723.

[14] Interagency Review Group on Nuclear Waste Management 1979. *Report to the President by the Interagency Review Group on Nuclear Waste Management*. TID-29442, p. 37. Washington, D.C.: DOE. MOL.19980625.0169.

[15] Letter from Dr. Vincent McKelvey to Richard W. Roberts, Assistant Administrator for Nuclear Energy, U. S. Energy Research and Development Administration, Washington, D.C. July 9, 1976. 238792.

[16] Winograd, I.J. 1981. "Radioactive Waste Disposal in Thick Unsaturated Zones." *Science, 212*, pp. 1457-1464. Washington, D.C.: American Association for the Advancement of Science. 217258.

[17] National Research Council 1990. *Rethinking High-Level Radioactive Disposal, A Position Statement of the Board on Radioactive Waste Management*, pp. 5–6. Washington, D.C.: National Academy Press. 241260.

[18] DOE 1992. *Science, Society, and America's Nuclear Waste, Unit 1, Teacher Guide*. DOE/RW-0361 TG. Washington, D.C.: DOE. 214909.

[19] League of Women Voters 1993. *The Nuclear Waste Primer: A Handbook for Citizens*, p. 12. New York: League of Women Voters Education Fund. 210697.

[20] National Research Council 1995. *Technical Bases for Yucca Mountain Standards*, p.12. Washington, D.C.: National Academy Press. 104273.

# Glossary

| | |
|---|---|
| Adsorb | To transfer dissolved materials, including radionuclides, in groundwater to the solid geologic surfaces with which they come in contact. |
| Background radiation | Radiation arising from natural radioactive material always present in the environment, including solar and cosmic radiation, and radiation from radon gas, soil and rocks, and the human body. |
| Cladding | The metallic outer sheath of a nuclear reactor fuel element, generally made of a zirconium alloy. It is intended to isolate the fuel element from the external environment. |
| Colloid | Small particles in the size range of $10^{-9}$ to $10^{-6}$ meters that are suspended in a solvent. Naturally occurring colloids in groundwater arise from clay minerals. |
| Defense in depth | A strategy based on a system of multiple, independent, and redundant barriers, designed to ensure that failure in any one barrier does not result in failure of the entire system. |
| Design margin | Margin of safety in specifications for engineered components to account for uncertainty in the conditions to which the components will be subjected and for variability in the properties of component materials. |
| Dose | A quantity of radiation or energy absorbed by any material; measured in rads. Equivalent dose measures the amount of damage to human tissues from a radiation dose; equivalent dose is measured in rems. |
| Drift | From mining terminology, a horizontal underground passage. |
| Gantry | A movable crane carried on a four-legged portal frame that runs along rails. |
| High-level radioactive waste | Highly radioactive material resulting from the reprocessing of spent nuclear fuel. Originally produced in liquid form, high-level radioactive waste must be solidified before disposal. |
| Invert | (1) The low point of something such as a tunnel, drift, or drainage channel. (2) An engineered structure or material placed on excavated drift floors (the low points) to serve as structural support for drift transportation or emplacement systems. |
| Isotope | One of two or more atomic nuclei with the same number of protons (i.e., the same atomic number) but with a different number of neutrons (i.e., a different atomic weight). For example, uranium-235 and uranium-238 are both isotopes of uranium. |
| Metric ton | In this document, metric ton means a *metric ton of heavy metal*. A metric ton is a unit of mass equal to 1,000 kg (about 2,205 lb). Heavy metals are those with atomic masses greater than 230. Examples include thorium, uranium, plutonium, and neptunium. |

| | |
|---|---|
| Millirem | A millirem is one one-thousandth of a rem, which is the unit of equivalent dose. Equivalent dose is a measure of the effect that radiation has on humans. The equivalent dose takes into account the type of radiation and the absorbed dose. Rem is an initialism for Roentgen equivalent man. |
| Natural analog | Natural geologic systems that parallel situations that can develop in man-made systems. An example of a natural analog is the natural nuclear reactor at the Oklo uranium deposit in Gabon, Africa, which can be used as a source of analog data for conceptual models of nuclear criticality. |
| Non-welded tuff | See *Tuff.* |
| Percolate | Referring to the movement of water downward through soil and rock. |
| Performance assessment | An analysis that predicts the behavior of a system or system component under a given set of constant and/or transient conditions. Repository performance assessments will include estimates of the effects of uncertainties in both data and modeling. |
| Radioactive waste | For the purpose of this document, spent nuclear fuel or high-level radioactive waste. |
| Radionuclide | A radioactive isotope. |
| Saturated zone | The region below the water table where rock pores and fractures are completely saturated with groundwater. |
| Spent nuclear fuel | Fuel that has been withdrawn from a nuclear reactor following irradiation, the constituent elements of which have not been separated by reprocessing. |
| Transuranic waste | Waste contaminated with uranium-233 or with radionuclides having atomic numbers greater than that of uranium. |
| Tuff | Rock derived from volcanic ash. *Welded tuff* results when the volcanic ash is hot enough to melt together and is further compressed by the weight of overlying materials. *Non-welded tuff* results when volcanic ash cools in the air sufficiently that it doesn't melt together, yet later becomes rock through compression. |
| Unsaturated zone | The zone of soil and rock between the land surface and the water table. |
| Water table | The upper limit of the portion of the ground wholly saturated with water. |
| Welded tuff | See *Tuff.* |

## Acronyms

| | |
|---|---|
| DOE | Department of Energy |
| EPA | Environmental Protection Agency |
| NAS | National Academy of Sciences |
| NRC | Nuclear Regulatory Commission |
| NWPA | Nuclear Waste Policy Act of 1982 |





The following number is for Office of Civilian Radioactive Waste Management Records Management purposes only and should not be used when ordering this publication.
Accession No. MOL.19981007.0027

Viability Assessment of a Repository at Yucca Mountain