# In the United States Court of Federal Claims

No. 98-154C

(Filed April 16, 2004)

************************************
CONNECTICUT YANKEE ATOMIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On April 16, 2004, plaintiff's Consent Motion for Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including April 23, 2004, to file its Opposition to Defendant's Motion *In Limine* to Exclude Testimony and Evidence Regarding Plaintiff's Request for Pre-Breach Damages and Alternative Restitution Claim, and Defendant's Motion to Strike.

Accordingly, it is **ORDERED** that plaintiff's motion, filed April 16, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge