# In the United States Court of Federal Claims

No. 98-126 C
(Filed May 24, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

The date for oral argument set forth in the Order, filed May 19, 2004, is hereby **corrected**. The court will hear oral argument on Tuesday, June **22**, 2004 at 2:00 p.m., at 717 Madison Pl., NW, Washington, DC, in a courtroom to be assigned.

/s James F. Merow
James F. Merow
Senior Judge

---

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 and *Maine Yankee v. United States*, No. 98-474.