# In the United States Court of Federal Claims

No. 98-126 C
(Filed June 8, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

President Bush has declared Friday, June 11, 2004, to be a day of national mourning to honor the memory of former President Ronald Reagan.

Accordingly, it is **ORDERED** that the responses to the motions referenced in the Order of May 19, 2004, previously due on June 11, 2004, shall be filed by 12:00 noon EDT on **June 14, 2004** and the replies shall be filed by 12:00 noon EDT on **June 21, 2004.** The court will hear oral argument on these motions on **June 29, 2004 at 10:00 a.m.**, in lieu of the date previously set in the Order of May 19, 2004.

/s James F. Merow
James F. Merow
Senior Judge

[1/] This should also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 and *Maine Yankee v. United States*, No. 98-474.