TABLE OF CONTENTS

PAGE

STATEMENT OF FACTS . . . . . . 1

I. THE FEE PROVISIONS OF THE STANDARD CONTRACT . . . . . . 1

II. CYA'S AND MYA'S FEE PAYMENT ELECTION . . . . . . 3

III. THE PROCEDURAL HISTORY OF THIS LITIGATION . . . . . . 4

DISCUSSION . . . . . . 7

I. GIVEN THE ABSENCE OF PREJUDICE TO THE PLAINTIFFS OR FUTILITY OF AMENDMENT, LEAVE TO AMEND SHOULD BE GRANTED . . . . . . 7

II. THE GOVERNMENT'S COUNTERCLAIMS ARE NOT FUTILE . . . . . . 12

III. THE REQUESTED AMENDMENT WILL NOT CAUSE CYA OR MYA PREJUDICE . . . . . . 16

CONCLUSION . . . . . . 18

# TABLE OF AUTHORITIES

CASES PAGE(S)

Bluebonnet Savings Bank v. United States,
339 F.3d 1341 (Fed. Cir. 2003) . . . . . 12, 14, 16

Brock & Blevins Co. v. United States,
170 Ct. Cl. 52, 343 F.2d 951 (1965) . . . . . 9

Buder v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,
644 F.2d 690 (8th Cir. 1981) . . . . . 9

Cecile Industries, Inc. v. Cheney,
995 F.2d 1052 (Fed. Cir. 1993) . . . . . 15, 16

Cities Service Helix, Inc. v. United States,
211 Ct. Cl. 222, 543 F.2d 1306 (1976) . . . . . 5

City of Fairfax, Va. v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . 5

Conley v. Gibson,
355 U.S. 41 (1957) . . . . . 10

Connecticut Yankee Atomic Power Co. v. United States,
42 Fed. Cl. 448 (1998) . . . . . 4

DPJ Co. v. FDIC,
30 F.3d 247 (1st Cir. 1994) . . . . . 13

Edwards v. City of Goldsboro,
178 F.3d 231 (4th Cir. 1999) . . . . . 9

First Federal Savings & Loan Associate v. United States,
58 Fed. Cl. 139 (2003) . . . . . 15

Foman v. Davis,
317 U.S. 178 (1962) . . . . . 8, 10

Gillette v. Tansy,
17 F.3d 308 (10th Cir. 1994) . . . . . 10

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

In re Gober,
100 F.3d 1195 (5th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Government System Advisors, Inc. v. United States,
847 F.2d 811 (Fed. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Howey v. United States,
481 F.2d 1187 (9th Cir. 1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10, 12

Hurn v. Retirement Fund Trust of Plumbing, Heating & Piping Industry,
648 F.2d 1252 (9th Cir. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 12

Koston v. Secretary of Health & Human Services,
23 Cl. Ct. 597 (1991), aff'd on other grounds, 974 F.2d 157 (Fed. Cir. 1992) . . . . . . . . 10

LaSalle Talman Bank v. United States,
317 F.3d 1363 (Fed. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Madden v. United States,
178 Ct. Cl. 121, 371 F.2d 469 (1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Massachusetts Bay Transportation Authority v. United States,
129 F.3d 1226 (Fed. Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 13

P.J. Maffei Building Wrecking v. United States,
732 F.2d 913 (Fed. Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Principal Mutual Life Insurance Co. v. United States,
26 Cl. Ct. 616 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Project Map, Inc. v. United States,
203 Ct. Cl. 52, 486 F.2d 1375 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

REW Enterprises, Inc. v. Premier Bank, N.A.,
49 F.3d 163 (5th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Ricoh Co. v. Nashua Corp.,
947 F. Supp. 21 (D.N.H. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

St. Paul Fire & Marine Insurance Co. v. United States,
31 Fed. Cl. 151 (1994) . . . . . . . . . . 7, 8

Sanders v. United States,
801 F.2d 1328 (Fed. Cir. 1986) . . . . . . . . . . 18

SEC v. National Student Marketing Corp.,
73 F.R.D. 444 (D.D.C. 1977) . . . . . . . . . . 9

Senza-Gel Corp. v. Seiffhart,
803 F.2d 661 (Fed. Cir. 1986) . . . . . . . . . . 8

Sinclair Oil Corp. v. United States,
291 F.3d 822 (Fed. Cir. 2002) . . . . . . . . . . 15, 16

State of Alaska v. United States,
15 Cl. Ct. 276 (1988) . . . . . . . . . . 7

United States v. Hougham,
364 U.S. 310 (1960) . . . . . . . . . . 8

United States v. Munsey Trust Co.,
332 U.S. 234 (1947) . . . . . . . . . . 14, 16

United States v. Pend Oreille Public Utility District,
926 F.2d 1502 (9th Cir. 1991) . . . . . . . . . . 12

Vari-Build, Inc. v. City of Reno,
622 F. Supp. 97 (D. Nev. 1985) . . . . . . . . . . 15

White v. Delta Construction International, Inc.,
285 F.3d 1040 (Fed. Cir. 2002) . . . . . . . . . . 13

STATUTES AND REGULATIONS PAGE(S)

42 U.S.C. § 10222 . . . . . . . . . . 4

10 C.F.R. § 961.11 . . . . . . . . . . passim

TABLE OF AUTHORITIES (cont'd)

MISCELLANEOUS PAGE(S)

6 C. Wright, A. Miller, & M. Kane, Federal Practice & Procedure § 1487 (1990) . . . . . . . . . . . 9

3 J. Moore, Moore's Federal Practice § 15.08, 0.835 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Black's Law Dictionary 1275 (6th ed. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15