IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-154C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two business days, to and including October 13, 2004, within which to file its reply to plaintiffs' response to the Government's motion for leave to file an amended answer and counterclaim, which the plaintiffs filed on September 24, 2004. Defendant's reply is currently due on Friday, October 8, 2004. We have not previously sought an enlargement of time for this purpose. Counsel for plaintiffs, Robert L. Shapiro, has represented that plaintiffs, Connecticut Yankee Atomic Power Company and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose this motion.

When counsel for defendant initially received the Yankees' response, he inadvertently did not properly calendar the due date for the Government's reply and did not realize his error until Wednesday, October 6, 2004. Further, since receiving the Yankees' response, counsel for defendant has been engaged in work relating to the development of the Government's post-trial briefing in this case, as well as discovery issues in Sacramento Municipal Utility District v.

---

1/ The Government requests that this motion also be deemed applicable in Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

United States, No. 98-488C (Fed. Cl.), and Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl.). Accordingly, he has had insufficient time to prepare a reply to the Yankees' response. However, he believes that, with an enlargement of two business days, he will be able to complete that reply.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

October 8, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of October, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.