# In the United States Court of Federal Claims

No. 98-154C

(Filed October 8, 2004)

************************************
CONNECTICUT YANKEE ATOMIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On October 8, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of two business days, to and including October 13, 2004, within which to file its reply to plaintiffs' response to the Government's motion for leave to file an amended answer and counterclaim.

Accordingly, it is **ORDERED** that defendant's motion, filed October 8, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

# In the United States Court of Federal Claims

No. 98-154C

(Filed October 8, 2004)

***********************************
CONNECTICUT YANKEE ATOMIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On October 8, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of two business days, to and including October 13, 2004, within which to file its reply to plaintiffs' response to the Government's motion for leave to file an amended answer and counterclaim.

Accordingly, it is **ORDERED** that defendant's motion, filed October 8, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge