IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-154C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of an additional two days, to and including October 15, 2004, within which to file its reply to plaintiffs' response to the Government's motion for leave to file an amended answer and counterclaim, which the plaintiffs filed on September 24, 2004. Defendant's reply is currently due on Wednesday, October 13, 2004. The Court previously granted our request for an enlargement of two business days for this purpose. Counsel for plaintiffs, Robert L. Shapiro, has represented that plaintiffs, Connecticut Yankee Atomic Power Company and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose this motion.

Counsel for defendant has been working to complete the Government's reply regarding this matter. However, counsel for defendant's attention has been unexpectedly diverted from the reply during the past two days because of, among other matters, the absence from the office of attorneys working upon the spent nuclear fuel cases, which required counsel for defendant to attend to various issues that would otherwise have been handled by others; the need to deal with

[1] The Government requests that this motion also be deemed applicable in Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

an issue relating to the appeal in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.), currently pending before the United States Court of Appeals for the Federal Circuit; the need to investigate issues relating to the document production website established for the production of documents in the spent nuclear fuel cases and to attend to pressing litigation support matters; and the need to attend to discovery and other matters in three separate spent nuclear fuel cases currently scheduled for trial in 2005. Despite this other work, counsel for defendant is working to complete the reply in this case and anticipates that he will be able to do so by Friday, October 15, 2004.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

October 13, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of October, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.