IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an additional enlargement of time of four days, to and including November 12, 2004, within which the parties may file their initial post-trial briefs and proposed findings of fact with the Court. Pursuant to this Court's order dated November 2, 2004, the parties' submissions are currently due to be filed on November 8, 2004. Although the submissions were originally due to be filed on October 15, 2004, the parties mutually agreed to an enlargement to November 4, 2004, a request which the Court adopted, and defendant subsequently was granted an enlargement of an additional two business days for this purpose. Counsel for plaintiff has represented that the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose this motion. Although it is possible that this short enlargement may necessitate a modification of the remaining briefing schedule, pursuant to which the parties' response and reply briefs are currently due on December 2 and 22, 2004, respectively, the parties will identify whether any changes need to be made to that schedule

---

[1/] The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

after exchanging their initial post-trial briefs. However, the parties are in agreement that the currently scheduled date for closing arguments, January 14, 2004, should not be modified.

The preparation of the Government's briefing has required significantly more time than we had originally anticipated. Unfortunately, even though we have been devoting significant time and attention to the briefing in these three cases for the past several weeks, we need additional time to complete our efforts to review the extensive transcripts of the seven-and-a-half week trial, prepare the appropriate legal and factual arguments, prepare comprehensive proposed findings of fact for the Court's use, identify citations to appropriate supporting evidence for each factual issue, and complete the appropriate supervisory review. Given the length of the trial in this matter and the number of issues that we need to address in our initial post-trial brief and in our proposed findings of fact, we have been unable to complete these tasks, even though we have devoted significant time and attention to these matters. After the extensive trial in which the parties participated, we are hesitant prematurely to file briefing that we do not feel fully addresses all of the issues that have been raised in this litigation. To allow us to complete these efforts, we respectfully request that the Court grant the parties an additional four days within which to submit their initial post-trial briefs and proposed findings of fact.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

November 5, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of November, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.