# In the United States Court of Federal Claims

No. 98-126C
(Filed November 8, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On November 5, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including November 12, 2004, within which the parties may file their initial post-trial briefs and proposed findings of fact.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed November 5, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.