# In the United States Court of Federal Claims

No. 98-154C
(Filed November 8, 2004)

************************************
CONNECTICUT YANKEE ATOMIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Docket entry #337, entered on November 8, 2004, is hereby correctly entered as follows:

Corrected Entry: ORDER granting [336] Motion for Extension of Time. Pretrial Brief due by 11/12/04. (Order filed in 98-126) Signed by Judge James F. Merow.

s/ James F. Merow
James F. Merow
Senior Judge