IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME[1]

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an additional enlargement of time of one day, to and including 5:00 p.m. on November 18, 2004, within which to file its initial post-trial briefs and proposed findings of fact with the Court. Although the submissions were originally due to be filed on October 15, 2004, the Court has entered several enlargements through November 17, 2004. The Government has represented to plaintiffs' counsel that it will file its initial post-trial briefs and proposed findings of fact no later than 5:00 p.m. on November 18, 2004. Based upon that representation, counsel for plaintiffs has represented that the plaintiffs, Yankee Atomic Electric Company, Connecticut Yankee Atomic Power Company, and Maine Yankee Atomic Power Company (collectively, "the Yankees"), do not oppose the Government's enlargement request.

The Government requests this enlargement based upon the substantial amount of time needed to complete the internal Department of Justice review process and format and finalize the brief and proposed findings. We are having difficulties in handling the logistics of the final

---

1/ The Government requests that this motion also be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C, and Maine Yankee Atomic Power Co. v. United States, No. 98-474C.

compilation of the pleadings into an electronic format and have been unable to work through these difficulties in sufficient time to ensure that we can make this evening's filing deadline. To allow us to complete these efforts, we respectfully request that the Court grant an additional day, until 5 p.m. on November 18, 2004, within which to submit post-trial briefs and proposed findings of fact.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

November 17, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of November, 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.