# In the United States Court of Federal Claims

No. 98-126C
(Filed, November 23, 2004)

******************************
YANKEE ATOMIC ELECTRIC COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.
******************************

**ORDER**[1/]

On November 22, 2004, Defendant's Motion for Leave to File Corrected Proposed Findings of Fact was filed.

Accordingly, it is **ORDERED** that defendant's motion for leave is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.