# In the United States Court of Federal Claims

No. 98-126C
(Filed November 25, 2004)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On November 24, 2004, Defendant's Motion Upon Behalf of Both Parties to Amend the Post-Trial Briefing Schedule was filed. The parties have agreed to request that the court order that post-trial response briefs and responses to proposed findings of fact be filed by December 22, 2004, and that post-trial reply briefs be filed by January 28, 2005.

Accordingly, it is **ORDERED** that defendant's motion upon behalf of both parties, filed November 24, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.

# In the United States Court of Federal Claims

No. 98-126C
(Filed November 25, 2004)

*******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
*******************************

**ORDER**[1/]

On November 24, 2004, Defendant's Motion Upon Behalf of Both Parties to Amend the Post-Trial Briefing Schedule was filed. The parties have agreed to request that the court order that post-trial response briefs and responses to proposed findings of fact be filed by December 22, 2004, and that post-trial reply briefs be filed by January 28, 2005.

Accordingly, it is **ORDERED** that defendant's motion upon behalf of both parties, filed November 24, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.