IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-126C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF COMPLIANCE WITH PARAGRAPH 8 AND FOOTNOTE 3 OF THE COURT'S ORDER DATED SEPTEMBER 21, 2004[1]

Defendant, the United States, respectfully files this notice indicating its compliance with paragraph 8 and footnote 3 of the Court's scheduling order dated September 21, 2004. In paragraph 8 of its September 21, 2004 order, the Court indicated that "the parties shall supply chambers with a courtesy paper copy of" their post-trial initial briefs and proposed findings of fact, "together with a PDF format version on CD ROM." Footnote 3 of that order indicated that "[i]t is understood that the parties are also to furnish a courtesy paper copy to chambers of all admitted documents and the demonstratives which shall accompany the record, together with a PDF format version of the same on CD ROM." In accordance with that order, the Government provided those courtesy copies and disks to the Court, for delivery to chambers, earlier today. A copy of the cover letter that accompanied that submission is attached to this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[1] The Government requests that this submission be deemed applicable in Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.), and Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.).

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

December 1, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of December, 2004, a copy of foregoing "DEFENDANT'S NOTICE OF COMPLIANCE WITH PARAGRAPH 8 AND FOOTNOTE 3 OF THE COURT'S ORDER DATED SEPTEMBER 21, 2004" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.