**U.S. Department of Justice**

Civil Division

PDK:DMC:HDLester
D.J. No. 154-98-126

*Washington, D.C. 20530*

December 1, 2004

The Honorable James F. Merow
United States Court of Federal Claims
717 Madison Place, N.W.
Washington D.C. 20005

Re: *Yankee Atomic Electric Power Co. v. United States*, No. 98-126C (Fed. Cl.); *Connecticut Yankee Atomic Power Co. v. United States*, No. 98-154C (Fed. Cl.); *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C (Fed. Cl.)

Dear Senior Judge Merow:

Pursuant to the Court's request at the conclusion of trial on August 31, 2004, and in accordance with the Court's order dated September 21, 2004, enclosed are paper copies of the Government's post-trial brief and the corrected copy of the Government's proposed findings of fact in these three cases. In addition, enclosed are two disks, one of which contains our post-trial brief and proposed findings of fact in .pdf format and one of which contains those pleadings in WordPerfect format.

In addition, pursuant to this Court's September 21, 2004 order, we have enclosed with this letter paper copies of the Government exhibits that were introduced at trial in these cases, paper copies of the demonstratives used at trial, a disk containing electronic copies of those exhibits in .pdf format, and a disk containing electronic copies of those demonstratives in .pdf format. At the present time, the parties are discussing one of the exhibits that the Government introduced at trial, Defendant's Exhibit 554, and may have a dispute regarding whether the Court, in admitting that exhibit, included the appendices to that document as part of the admitted exhibit. While the parties work to resolve that issue, we have not included in the attached paper copy of Defendant's Exhibit 554 or the electronic copy of that exhibit on the accompanying disk the appendices to

that exhibit. If the parties are unable to resolve this issue, we will file an appropriate motion seeking the Court's assistance in resolving it.

Very truly yours,

Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division

Enclosures

cc: Jerry R. Stouck
Spriggs & Hollingsworth