# In the United States Court of Federal Claims

No. 98-126C
(Filed February 3, 2005)

******************************
YANKEE ATOMIC *
ELECTRIC COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**[1/]

On February 3, 2005, Yankee Atomic's Unopposed Motion for an Enlargement of Time to File Replies on Post Trial Briefs and Proposed Findings of Fact was filed. Plaintiff requests an enlargement of time through February 18, 2005, for the parties to file replies on their post trial briefs and proposed findings of fact.

Accordingly, it is **ORDERED** that Yankee Atomic's unopposed motion, filed February 3, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

---

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States*, No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.