IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed Electronically on August 24, 2006

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY, Plaintiff, | ) | No. 98-154C |
| v. | ) | (Senior Judge Merow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

CONNECTICUT YANKEE'S RESPONSE TO THE GOVERNMENT'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY[1]

Although Connecticut Yankee does not object to the government's motion, Connecticut Yankee does have two substantive observations regarding the offset issue raised by the government's motion: first, the authority the government cites is not particularly new or illuminating; and second, the more recent and more instructive precedents squarely hold that in a partial breach case like this, it is not appropriate for the Court to offset costs (like the one-time fee) that are merely *deferred* and not avoided. *Tennessee Valley Authority v. United States*, 69 Fed. Cl. 515, 542 (2006); *Sacramento Municipal Utility Dist. v. United States*, 70 Fed. Cl. 332, 372-73 (2006); *see also* Response of Connecticut Yankee to Defendant's Motion for Leave to File Amended Answer and Counterclaim filed Oct. 15, 2004 at 1, 8-9 (noting that failure to offset one-time fee would *not* leave Connecticut Yankee better situated than if DOE had not

[1] This response should also be deemed applicable to *Maine Yankee Atomic Power Co. v. United States*, No. 98-474C.

breached, because the spent fuel remains on site as a contingent liability; the fee will be paid when that liability is removed, just as the contract specifies).

Dated: August 24, 2006

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173 phone
(202) 261-4751 fax
*Counsel for Plaintiff*
CONNECTICUT YANKEE ATOMIC
POWER COMPANY

Of Counsel:

Robert L. Shapiro
GREENBERG TRAURIG, LLP