# In the United States Court of Federal Claims

No. 98-126C

(Filed October 4, 2006)

******************************

YANKEE ATOMIC ELECTRIC COMPANY,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

******************************

## ORDER[1/]

Pursuant to the Order, filed September 30, 2006, counsel have reviewed the Opinion in these matters, also filed September 30, 2006, and verified that it does not contain any material that would require it to remain under seal.

Accordingly, it is **ORDERED** that the Opinion with minor non-substantive edits, including an addition correction in the amount awarded to Yankee Atomic for deposition expenses, shall now be issued without the "sealed" restriction.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] This shall also be deemed applicable in *Connecticut Yankee v. United States,* No. 98-154 C and *Maine Yankee v. United States*, No. 98-474 C.