ORIGINAL

FILED
DEC 4 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONNECTICUT YANKEE ATOMIC POWER COMPANY, Plaintiff, | ) | No. 98-154C |
| v. | ) | (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on October 4, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

David M. Cohen / by Harold D. Lester, Jr.
DAVID M. COHEN
Director

Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

December 4, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4th of December 2006, I caused to placed in the United States mail (postage prepaid, first-class mail) a copy of "NOTICE OF APPEAL," addressed as follows:

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W..
Fifth Floor
Washington, D.C. 20006

[signature]