# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
DEC 2 8 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5033 - CONNECTICUT ATOMIC V US**

**Date of docketing:** 12/28/2006

**Appeal from:** United States Court of Federal Claims case no. 98-CV-154

**Cross-appellant(s):** CONNECTICUT YANKEE ATOMIC POWER COMPANY

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Jerry Stouck
Harold D. Lester

2007-5033

# In the United States Court of Federal Claims

## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 28 2006

JAN HORBALY
CLERK

**Senior Judge James F. Merow**

**Type of Case**: 536 - Spent Nuclear Fuel

CONNECTICUT YANKEE ATOMIC
POWER COMPANY,
*Plaintiff,*
v.
THE UNITED STATES,
*Defendant,*

US COURT OF APPEALS
FEDERAL CIRCUIT
2006 DEC 18 PM 1:56

**CFC Docket No.:** 98-154 C.

**Cross or Related**? Yes, Cross Appeal.

**Appellant is**: Plaintiff.

**Date Judgment Entered**: October 4, 2006.

**Date of Appeal:** December 14, 2006.

**Fee**: $455.00.

*See U.S. Court of Federal Claims Docket Sheet for information on counsel for parties.*